IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 3:13–mj–00503–BH |
| | ) | |
| Sandy Jenkins | ) | |
|     Defendant. | ) | |

**DETENTION ORDER**

Before the court is the government's motion to detain the defendant pending further proceedings. After consultation with counsel, the defendant knowingly and voluntarily waived the right to a hearing on the motion at this time, subject to any reservation of rights on the waiver form. The government's motion for detention is therefore GRANTED.

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for appearance in connection with court proceedings.

SO ORDERED ON 8/13/2013.

Irma Carrillo Ramirez
Magistrate Judge