# United States District Court

__NORTHERN__ DISTRICT OF __TEXAS__

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 20 2013
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA

V.

SANDY JENKINS

**WARRANT FOR ARREST**

CASE NUMBER: 3-13-MJ-503-BH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SANDY JENKINS
and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [✓] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Mail Fraud

in violation of Title __18__, United States Code, Section(s) __1341__.

Irma Carrillo Ramirez
Name of Issuing Officer

_/s/ Irma Carrillo Ramirez_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_____
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Office

## RETURN

This warrant was received and executed with the arrest of the above named defendant at
__1235 W 3rd AVENUE, CORSICANA, TX 75110__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/12/2013 | FBI SPECIAL AGENT CHRISTINE EDSON | _/s/ Christine Edson_ |
| DATE OF ARREST | | |
| 8/12/2013 | | |